**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 15-6011**

───────────

GORDON SCOTT STATON,

               Plaintiff - Appellant,

     v.

COMMONWEALTH OF VIRGINIA; UVA POLICE DEPARTMENT; DISTRICT 9
PROBATION AND PAROLE; DEPARTMENT OF CORRECTIONS,

               Defendants - Appellees.

───────────

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.    Glen E. Conrad, Chief
District Judge. (7:14-cv-00622-GEC)

───────────

Submitted:  March 12, 2015        Decided:  March 17, 2015

───────────

Before GREGORY, DIAZ, and HARRIS, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Gordon Scott Staton, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gordon Scott Staton appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) action without prejudice[*] under 28 U.S.C. § 1915A(b)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we deny Staton's motion to appoint counsel and affirm for the reasons stated by the district court. Staton v. Virginia, No. 7:14-cv-00622-GEC (W.D. Va. Nov. 26, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although it is well established that orders dismissing complaints without prejudice are ordinarily interlocutory and not appealable, see Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993), orders dismissing actions without prejudice are generally final and appealable. See Chao v. Rivendell Woods, Inc., 415 F.3d 342, 345 (4th Cir. 2005).